IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>BRYSON JACKSON; PARKER CANTRELL a Minor; FREDRICK BRAD CANTRELL Individually, as Next Friend and Guardian for Parker Cantrell, and Agent for Cantrell Tractor and Loader Service, LLC; and, CANTRELL TRACTOR AND LOADER SERVICE, LLC<br><br>    Defendants. | File No.  1:22-CV-04225-SCJ |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Bryson Jackson appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment or order described below:

1. The Order entered on March 25, 2025 (Doc. 43), granting Plaintiff's Motion for Summary Judgment; and,

2. The Order entered on October 8, 2025 (Doc. 49), denying Defendant Bryson Jackson's Motion for Reconsideration.

Respectfully submitted this 7th day of November, 2025.

        JOHN BAKER LAW

        **/s/ John Baker**
        John Baker
        Georgia Bar No. 033797
        1551 Jennings Mill Rd.
        Suite 3100B
        Watkinsville, GA 30677
        (706) 608-2406
        John@JohnBaker.Law

        *Attorney for Bryson Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing Response to Statement of Facts in this matter by electronically filing the same with the Court via the CM/ECF system to all counsel of record.

Respectfully submitted this 7th day of November, 2025.

JOHN BAKER LAW

**/s/ John Baker**
John Baker
Georgia Bar No. 033797
1551 Jennings Mill Rd.
Suite 3100B
Watkinsville, GA 30677
(706) 608-2406
John@JohnBaker.Law

*Attorney for Bryson Jackson*